Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorney for R.M. Galicia, Inc. dba Progressive Management Systems

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUSEF AWAD,<br><br>        Plaintiff,<br>   vs.<br><br>R.M. GALICIA, INC. DBA PROGRESSIVE MANAGEMENT SYSTEMS, INC.,<br><br>        Defendants. | Case No.: 14-CV-02037 DOC JCG<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [14] |

1   Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff Yusef Awad and Defendant R.M. Galicia, Inc. dba Progressive Management Systems, the above-captioned action is hereby dismissed in its entirety with prejudice and with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  July 9, 2015

*David O. Carter*
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE